**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20449-CR-ALTONAGA**

UNITED STATES OF AMERICA,

                          Plaintiff,

v.

CHUNZAI WANG,

                          Defendant.

**DEFENDANT'S WITNESS LIST**

Defendant, Chunzai Wang, by and through his undersigned counsel, hereby submits the following list of witnesses he may call at the trial in the above-captioned matter:

1. Jeffrey Harrington, Office of General Counsel, Dept. of Commerce
2. Robert Atlas, AOML Director
3. Rene Eppi, International Activities, OAR
4. Molly Barringer, AOML
5. Silvia Garzoli, formerly AOML
6. Dr. Jia Wang, NOAA
7. Dr. Shian-Jiann Lin, NOAA
8. Dr. Shaoqing Zhang, NOAA
9. William Kessler, NOAA
10. Dr. David Enfield
11. Dr. John Brynes

Dated: February 12, 2018

Respectfully submitted,

*s/ Samuel J. Rabin, Jr.*
Samuel J. Rabin, Jr. (Fla. Bar No. 273831)
Samuel J. Rabin, Jr., P.A.
800 Brickell Avenue
Suite 1400
Miami, FL  33131
Phone: 305.358.1064
Fax: 305.372.1644
Email:  sjr@miamilawyer.com

Peter Zeidenberg (*pro hac vice*)
Laura E. Zell (*pro hac vice*)
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Phone: 202.857.6139
Fax: 202.857.6395
Email:  peter.zeidenberg@arentfox.com
            laura.zell@arentfox.com

*Attorneys for Defendant Chunzai Wang*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of February 2018, a true and correct copy of the foregoing Witness List was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

 */s/ Samuel J. Rabin, Jr.*
 Samuel J. Rabin, Jr