AO 187 (Rev. 7/87) Witness List

====================================================================================

### *United States District Court*
### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      V.               **GOVERNMENT WITNESS LIST**

CHUNZAI WANG

**CASE NUMBER: 17-20449-CR-ALTONAGA**

| PRESIDING JUDGE HON. CECILIA ALTONAGA | DEFENDANT'S ATTORNEY PETER ZIEDENBERG Esq. | PLAINTIFF'S ATTORNEY MICHAEL WALLEISA AUSA |
|---|---|---|
| TRIAL DATES February 20, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| | |
|---|---|
| ANDREW LIEBERMAN | SPECIAL AGENT DEPARTMENT OF COMMERCE ITMD |
| GEORGE LEE | SPECIAL AGENT DEPARTMENT OF COMMERCE ITMD |
| GREGG SEBBEN | SPECIAL AGENT DEPARTMENT OF COMMERCE OIG |
| JOSHUA HATTON | SPECIAL AGENT FEDERAL BUREAU OF INVESTIGATION |
| KEVIN MULRYAN | SPECIAL AGENT FEDERAL BUREAU OF INVESTIGATION |
| GUSTAVO GONI | NOAA/AMOL DIVISION DIRECTOR |
| CARLA STEVENS | NOAA/AOML |
| SILVIA GARZOLI | NOAA/AOML |
| MOLLY BARRINGER | NOAA/AOML |
| ROBERT ATLAS | NOAA/AOML DIRECTOR |
| HUEI-YUN CHEN | TRANSLATOR |
| DEVIN NELSON | REVIEWER/ TRANSLATOR |
| CATHERINE CHANG | TRANSLATOR |
| LIPING ZHANG | |
| REX LI | TRANSLATOR |
| TOM LEE | TRANSLATOR |
| | |